IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SYDNEY K. MALLORY, | Civil No. C04-5392-KLS |
| Plaintiff, | |
| v. | ORDER ON FEES |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security | |
| Defendant | |

Based on the stipulation of the parties it is hereby ORDERED, that Plaintiff's counsel Teal M. Parham should be awarded attorney fees in the amount of $5,697.89, expenses totaling $55.55, and costs totaling $173.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

ORDER ON FEES [C04-5392KLS] -1

1   DATED this 13th day of December, 2005.

                                           s/ Karen L. Strombom
                                          UNITED STATES MAGISTRATE JUDGE

Presented by:

s/TEAL M. PARHAM  WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA  98632
Telephone:  (360) 423-3810
FAX:  (360) 423-3812
tparham@mcleodusa.net

ORDER ON FEES [C04-5392KLS] -2